# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

ANGELA MCELWAIN
        Defendant

Civil Action No: 12-178 (P)

## ORDER

AND NOW, this 28th day of Nov, 2012, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on October 15, 2012 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to John A. Bowser, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of ANGELA MCELWAIN in and to the premises sold located at 415 East Main Street a/k/a as 419 East Main Street, Dayton, PA 16222.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
                                          J.